## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 23-9715 SB (PVC)                    Date:  April 25, 2024

Title        Stephanie Tsui v. Martin J. O'Malley, Commissioner of Social Security

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 16, 2023, Plaintiff filed a Complaint seeking review of Defendant's decision denying disability benefits.  (Dkt. No. 1).  On January 16, 2024, Defendant filed an Answer to the Complaint, which included the Certified Administrative Record.  (Dkt. No. 11).  Pursuant to the Supplemental Federal Rules of Civil Procedure for Social Security Cases, Plaintiff was required to file a brief in support of her Complaint no later than February 15, 2024.  *See* Fed. R. Civ. P. Supp. SS Rules 5, 6.  As of today, Plaintiff has neither filed the required brief nor requested an extension of time in which to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing her brief in support of the Complaint or a request for extension of time.  Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

| | 00:00 |
|---|---|
| **Initials of Preparer** | mr |